IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00754-EWN-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$100,968.00 IN UNITED STATES CURRENCY; and
2001 CHEVY TAHOE, VIN 1GNEK13T31R180896,

        Defendants.

_____

FINAL ORDER OF FORFEITURE
_____

        THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881,

        THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule C(4);

        THAT the United States and Claimants Arnulfo Ledezma and Rosendo Ledezma have reached a settlement in this case and have filed a Settlement Agreement with the Court resolving all issues in dispute.

        THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of the defendant property; and

        THAT it further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of $90,968.00 of defendant $100,968.00 in United States currency shall enter in favor of the United States.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the United States shall return to Claimants through their attorney Alfredo Pena, $10,000 of defendant currency, and defendant 2001 Chevy Tahoe.

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated this 21st day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Court Judge